McNeil & Higgins Company, appellant, v. Neenah Cheese & Cold Storage Company, appellee. Gen. No. 26,171.

Action for damages for breach of a contract for the delivery of cheese by delivering an article of an inferior quality. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed October 17, 1921.

Edward J. Kelley, for appellant. Charles J. Faulkner, Jr., Walter C. Kirk and J. C. Spence, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

H. H. Evans et al., complainants, v. Illinois Surety Company, defendant. Hannah Schroeder, individually and as next friend, appellant, v. James S. Hopkins, receiver, appellee. Gen. No. 26,599.

H. H. Evans et al., complainants, v. Illinois Surety Company, defendant. Marguerite Rapp, individually and as next friend, appellant, v. James S. Hopkins, receiver, appellee. Gen. No. 26,600.

Claims against the receiver of the surety on a liquor dealer's bond, based upon a judgment rendered in Nebraska. Claims denied. Consolidated appeals from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed October 17, 1921.

W. W. Slabaugh, Joseph A. Rapp, Jr., Edward G. Berglund and George A. Berry, Jr., for appellants. A. J. Hopkins, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Phillip E. Bramson, appellee, v. Joseph Shuflitowski, appellant. Gen. No. 26,641.

Action of forcible detainer after an attempted termination of a lease by notice. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 17, 1921.

Benjamin E. Cohen and Abram E. Adelman, for appellant. Joseph Rosenstein and Myerson, Slottow & Leviton, for appellee; Charles Leviton, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

John Eliopullos and George Eliopullos, appellants, v. Sher-Lak Hotel Company and George H. Bissinger, appellees. Gen. No. 26,659.

Injunction to prevent violation of a restrictive covenant in a lease. Temporary injunction dissolved and bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 17, 1921.

Jacob Brisgall, William Ritchie and Timothy J. Fell, for appellants. W. C. McNitt, Elmer D. Brothers and Sonnenschein, Berkson, Lautman & Levinson, for appellees.

Mr. Justice Matchett delivered the opinion of the court.